FILED
United States Court of Appeals
Tenth Circuit

November 26, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

RONNIE EUGENE FUSTON,

    Petitioner - Appellant,

v.

CHRISTE QUICK, Warden, Oklahoma State Penitentiary,

    Respondent - Appellee.

No. 24-6166
(D.C. No. 5:21-CV-00179-SLP)
(W.D. Okla.)

———————————————

**ORDER**

———————————————

At the specific direction of the panel of judges assigned to hear oral argument in this matter on January 23, 2026, the court grants a certificate of appealability on the following issue:

> Whether Fuston's Sentence Violates the Eighth and Fourteenth Amendments Because He is Intellectually Disabled.

The parties are directed to file simultaneous Opening briefs on this issue **within 21 days** from the date of this order. The Opening briefs may be no longer than 30 pages in a 13- or 14-point font, and while they need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

**Within 21 days** of service of these Opening briefs, each side may file an Answer brief. The Answer briefs may be no longer than 20 pages in a 13- or 14-point font, and

while they need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

As this matter is scheduled for oral argument on January 23, 2026, requests for extension of time are strongly discouraged.

The parties should be prepared to discuss this issue at the argument scheduled for January 23, 2026.

                                        Entered for the Court
                                        CHRISTOPHER M. WOLPERT, Clerk

                                        by: Jane K. Castro
                                             Chief Deputy Clerk